IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNANTHONY RAY PUTNAM                                  PLAINTIFF

v.                       Case No. 6:23-cv-6052

DR. DARRELL ELKINS and
JAIL ADMINISTRATOR FRED PHILLIPS                           DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed August 8, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26.  Judge Ford recommends that Plaintiff's complaint (ECF No. 1) be dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 4th day of October, 2023.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 Chief United States District Judge